IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| GILBERT S. DAMIAN, #382329 | § | |
| | § | |
| v. | § | CIVIL ACTION NO. G-05-282 |
| | § | |
| NATHANIEL QUARTERMAN, DIRECTOR OF TDCJ-CID | § | |

## FINAL JUDGMENT

For the reasons stated in this Court's Order entered on the same date herewith, this action is **DISMISSED**.

**THIS IS A FINAL JUDGMENT**.

**DONE** at Galveston, Texas this 27th day of November, 2006.

_____
Samuel B. Kent
United States District Judge